UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HEATHER BEERMAN,

    Plaintiff,

v.

    Case No. 2:16-cv-896
    Chief Judge Edmund A. Sargus, Jr.
    Magistrate Judge Elizabeth Preston Deavers

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on September 22, 2016. (ECF No. 3.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the plaintiff's application to proceed *In Forma Pauperis* (ECF No. 2) is **GRANTED IN PART AND DENIED IN PART**, as follows:

The Clerk is **DIRECTED** to accept plaintiff's payments of **$25 per quarter**, for a total of **$100 per year** towards the $400.00 filing and administrative fees, as recommended in the Report and Recommendation of the Magistrate Judge. (ECF No. 3.)

**IT IS SO ORDERED.**

2-1-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE